Nathan G. Kanute
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: nkanute@swlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WB MUSIC CORP.; FLYTE TYME TUNES; MEEENGYA MUSIC; AND MICK DOG MUSIC,<br><br>Plaintiffs,<br><br>vs.<br><br>HOFFDEL LLC, D/B/A TIME-OUT SPORTS BAR & GRILL; JOSEPH DELEFAVE; AND FREDERICK HOFFMAN,<br><br>Defendants. | Case No. 2:18-cv-00267-RFB-CWH<br><br>**PLAINTIFFS' MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT**<br><br>**AND**<br><br>**ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiffs WB Music Corp., Flyte Tyme Tunes, Meeengya Music, and Mick Dog Music ("Plaintiffs"), by and through counsel, Snell & Wilmer L.L.P., hereby request that the Court stay these proceedings in their entirety pending settlement. In support of this request for a stay of these proceedings, Plaintiffs state as follows:

On April 16, 2018 at 1:30 p.m., the undersigned conducted a telephonic scheduling conference with Defendants Joseph Delefave and Frederick Hoffman for purposes of discussing a discovery schedule for this matter and the potential for a resolution. As a result of the scheduling call, additional calls were set up and communications were sent in an effort to reach a resolution of this matter without the need for further litigation. After some back and forth negotiation, Mr. Delefave has confirmed by email the agreement of the Defendants to the essential terms of a

4843-7820-0679

settlement proposed by Plaintiffs. The undersigned is in the process of drafting a settlement agreement to finalize the settlement and resolve this matter in its entirety. When settlement is finalized, the parties will file a stipulated dismissal. Given that the parties have effectively settled this matter in its entirety, a stay of further proceedings would be appropriate. If settlement terms are not finalized within 90 days of this Motion, Plaintiffs will submit a status report to the Court providing an update on the status of settlement.

WHEREFORE, Plaintiffs respectfully requests that this matter be stayed in its entirety with a status report to be filed within 90 days of this Motion if the case has not been dismissed.

Dated: June 4, 2018   SNELL & WILMER L.L.P.

By:/s/ Nathan G. Kanute
Nathan G. Kanute (NV Bar No. 12413)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 3, 2018

- 2 -

4843-7820-0679

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: June 4, 2018

*/s/ Lara J. Taylor*
An Employee of Snell & Wilmer L.L.P.

4843-7820-0679